UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61178-MC-COHN

UNITED STATES OF AMERICA,

        Petitioner,

v.

JOSEPH B. ELKIND,

        Respondent.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Petitioner's Notice of Voluntary Dismissal [DE 8]. Having considered the Notice and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition is **DISMISSED with prejudice**, the parties shall bear their own costs and fees in regard to this case;

2. The show cause hearing scheduled for September 24, 2008 is **CANCELLED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of September, 2008.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record